```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                     :
CAI INTERNATIONAL, INC.,             :
                                     :    09 Civ. 8631   (BSJ)
                                     :
              Plaintiff,             :
       v.                            :    ORDER
                                     :
MARUBA S.C.A. EMPRESA DE NAVEGACION  :
MARITIMA,                            :
                                     :
              Defendant.             :
-------------------------------------X
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

On October 7, 2009, the Honorable Kevin Thomas Duffy, acting as Part 1 Judge for this district, issued an Order temporarily sealing the court file in the above-captioned matter. In this Order, the Court advised Plaintiff that the Sealing Order would automatically expire 30 days from the date of its issuance.

To date, 111 days have passed since the Sealing Order was issued. Accordingly, the Clerk of the Court is directed to unseal the above-captioned case.

SO ORDERED:

*[signature]*
**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Dated:   New York, New York
         January 26, 2010

1